**Order entered January 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01429-CV

### IN THE MATTER OF G.O., A JUVENILE

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70001-2019**

## ORDER

Before the Court is the State's First Motion for an Extension of Time to File the State's Brief. We **GRANT** the motion and **ORDER** that the State's brief be filed on or before February 12, 2020.

/s/     LESLIE OSBORNE
        JUSTICE